```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 01099
    WALTER J WRIGHT
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-6266


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/08/06 and confirmed on 04/13/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  54777.06 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BANK OF NEW YORK | CURRENT MORTG | 21856.43 | .00 | 21856.43 |
| BANK OF NEW YORK | MORTGAGE ARRE | 4930.00 | .00 | 4930.00 |
| HSBC MORTGAGE CORP | SECURED | 7371.56 | .00 | 7371.56 |
| HSBC MORTGAGE CORP | MORTGAGE ARRE | 1260.00 | .00 | 1260.00 |
| CITIFINANCIAL | SECURED VEHIC | 2400.00 | 309.88 | 2400.00 |
| ELGIN AUTO CREDIT CORP | SECURED VEHIC | 241.12 | 31.30 | 241.12 |
| FRANCO CONSTRUCTION | SECURED | 1300.00 | 158.69 | 1300.00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | 709.76 | 38.74 | 709.76 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1605.46 | .00 | 1605.46 |
| AMERICAN LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ALL AMERICAN CASH ADVANC | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 1514.09 | .00 | 1514.09 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| CASH TODAY INC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CIRCUIT COURT OF KANE CO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN FINANCIAL SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| EPP | UNSECURED | 250.00 | .00 | 250.00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 1196.00 | .00 | 1196.00 |
| KANE COUNTY CIRCUIT COUR | UNSECURED | NOT FILED | .00 | .00 |
| LOAN SHOP | UNSECURED | NOT FILED | .00 | .00 |

```
MEDICAL BUSINESS BUREAU    UNSECURED     NOT FILED          .00          .00
GE MONEY BANK              UNSECURED     NOT FILED          .00          .00
NCO FINANCIAL SRV          UNSECURED     NOT FILED          .00          .00
NEXTEL COMMUNICATIONS      UNSECURED     NOT FILED          .00          .00
ASSET ACCEPTANCE CORP      UNSECURED         86.56          .00        86.56
PAYDAY LOAN                UNSECURED     NOT FILED          .00          .00
PAYDAY OK                  UNSECURED     NOT FILED          .00          .00
PAYDAY OK                  UNSECURED     NOT FILED          .00          .00
GENEVA ROTH VENTURES       UNSECURED     NOT FILED          .00          .00
PELLETTIERI & ASSOC        UNSECURED     NOT FILED          .00          .00
FRANCO CONSTRUCTION        UNSECURED     NOT FILED          .00          .00
LUEBKE BAKER & ASSOCIATI   UNSECURED     NOT FILED          .00          .00
RIO RESOURCES              UNSECURED     NOT FILED          .00          .00
SHORT TERM LOAN            UNSECURED        315.00          .00       315.00
SONIC PAY DAY.COM          UNSECURED     NOT FILED          .00          .00
SONIC PAYDAY               UNSECURED     NOT FILED          .00          .00
TALK AMERICA               UNSECURED     NOT FILED          .00          .00
THE CASH STORE LTD         UNSECURED     NOT FILED          .00          .00
GENEVA ROTH VENTURES       UNSECURED     NOT FILED          .00          .00
ASSET ACCEPTANCE CORP      UNSECURED        245.72          .00       245.72
INTERNAL REVENUE SERVICE   UNSECURED         19.27          .00        19.27
NICOR GAS                  UNSECURED       1054.95          .00      1054.95
INTERNAL REVENUE SERVICE   PRIORITY        2823.00          .00      2823.00
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  40068.87     4428.46      4681.59         .00    49178.92
PRINCIPAL PAID      40068.87     4428.46      4681.59         .00    49178.92
INTEREST PAID         538.61          .00          .00         .00      538.61
TOTAL PAID          40607.48     4428.46      4681.59         .00    49717.53
```

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   3000.00 and was paid $   1500.00   direct and $   1500.00   through the plan.

The Trustee received $   2264.37 .

Refunds to the Debtor totaled $   1295.16 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                       /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                        PAGE   3
    CASE NO. 06 B 01099 WALTER J WRIGHT
```